# Court of Appeals
## Tenth Appellate District of Texas

10-25-00405-CR
10-25-00406-CR

In re Johnathan Arthurton

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

**MEMORANDUM OPINION**

Relator Johnathan Arthurton, acting pro se, filed petitions for writ of mandamus requesting this Court to compel Jessica Escue, a Brazos County Assistant District Attorney, to (1) provide or certify the existence of certain information pursuant to article 39.14 of the Code of Criminal Procedure and *Brady v. Maryland*, 373 U.S. 83 (1963), and (2) file a written statement confirming whether the discovery practices of the Brazos County District Attorney's Office are conducted in good faith and consistent with the equal protection guarantees of 42 U.S.C. § 1981.

This Court does not have jurisdiction to issue a writ of mandamus against an assistant district attorney unless it is necessary to enforce our

jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221(a), (b), (c); *see also Garner v. Gately*, 909 S.W.2d 61, 62 (Tex. App.—Waco 1995, orig. proceeding).  Relator has not shown that the requested relief is necessary to enforce our appellate jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221(a).  Therefore, we lack jurisdiction to issue writs of mandamus against Assistant District Attorney Jessica Escue.

We dismiss Relator's petitions for writ of mandamus for want of jurisdiction.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  November 26, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petitions dismissed
Do not publish
OT06

